

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00641-CR

| | | |
|---|---|---|
| Antonio Darnell Johnson | § | From the 355th District Court |
| | § | of Hood County (CR12193) |
| v. | § | January 30, 2014 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Justice Bill Meier_____
Justice Bill Meier